UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS SANCHEZ, et al., <br> Plaintiffs, <br> v. <br> CORDIS CORPORATION, et al., <br> Defendants. | Case No. 17-cv-01633-EMC <br><br> **ORDER REMANDING CASE** |

For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*, C16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: July 5, 2017

_____
EDWARD M. CHEN
United States District Judge